UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEY PROPERTY MANAGEMENT, *et al.*,

                                    Plaintiffs,

        v.

CORY DEAN NASH EL,

                                    Defendant.

Case No. 2:25-CV-00459-ART-BNW

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Judge Weksler's report and recommendation ("R&R") recommending that this action be remanded to state court. (ECF No. 7.) For the following reasons, the Court adopts the R&R in full.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Judge Weksler recommends remanding this action to state court because Mr. Nash El has not filed a copy of the complaint against him. (ECF No. 7.) Without the complaint, the Court cannot evaluate whether it has subject matter jurisdiction or whether Mr. Nash El has met the applicable time limit for removal. 28 U.S.C. § 1446. Since Judge Weksler issued her R&R, Mr. Nash El has filed a second Notice of Removal. (ECF No. 8.) However, it does not contain the complaint, and appears to be identical to the first Notice of Removal. (ECF No. 1-1.) The Court agrees with Judge Weksler's reasoning and adopts her R&R in full.

It is therefore ordered that Judge Weksler's report and recommendation (ECF No. 7) is adopted.

1

It is further ordered that this action is remanded to state court.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED: March 2, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2